No. 2002. EL PUEBLO, APELADO, *v.* CACHOLA ET AL., APELANTES.—Corte de Distrito de San Juan, Distrito Segundo. Violación del artículo 359 del Código Penal. Resuelto en enero 25, 1923. Examinados los autos no aparece que se haya alegado ni cometido error alguno y por tanto se confirma la sentencia.

No. 2003. EL PUEBLO, APELADO, *v.* CARRILLO ET AL., APELANTES.—Corte de Distrito de San Juan, Distrito Segundo. Violación del artículo 359 del Código Penal. Resuelto en enero 25, 1923. No existiendo pliego de excepciones ni exposición del caso, sin que el apelante haya tampoco radicado alegato alguno y no apareciendo de los autos ningún error fundamental, se confirma la sentencia.

No. 1997. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.—Corte de Distrito de Guayama. Resuelto en enero 29, 1923. Alterar la paz. No existiendo pliego de excepciones ni exposición del caso sin que el apelante haya tampoco radicado el alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2005. EL PUEBLO, APELADO, *v.* SUÁREZ, APELANTE.—Corte de Distrito de Guayama. Resuelto en enero 29, 1923. Acometimiento y agresión con agravantes. Examinada la denuncia, la prueba practicada en el juicio y la sentencia, no aparece que se haya cometido error fundamental alguno y se confirma la misma.

No. 2953. NATIONAL CITY BANK, APELADA, *v.* LÓPEZ DÍAZ ET AL., APELANTES.—Corte de Distrito de San Juan, Primer Distrito. Resuelto en enero 30, 1923. Cobro de cantidad. Examinada la moción de desestimación de la parte apelada y la certificación que se acompaña, se declara con lugar y se desestima la apelación.